169 A.3d 966

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SHILOH LANCE SMITH, DEFENDANT–PETITIONER.

June 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003082–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 967

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. BRAD TOBY, A/K/A BRAD J. TOBY, DEFENDANT–PETITIONER.

June 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–006125–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.